

# NUMBER 13-18-00279-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JONATHAN RODRIGUEZ,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On appeal from the 103rd District Court
### of Cameron County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

On July 27, 2018, this Court issued an Order of Abatement to determine appellant's right to appeal. Upon a hearing and findings of fact issued by the trial court, we hereby REINSTATE this cause of action. Appellant is ordered to file his brief within twenty days (20) days from the date of this order. If appellant's brief is not filed, we will

proceed with this appeal.   *See* Tᴇх. R. Aᴘᴘ. P. 31.1.

  IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tᴇх. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the
4th day of January, 2019.